UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS<br>a/k/a Nerrah Brown<br>(CDCR # AN2387),<br><br>    Petitioner,<br><br>    v.<br><br>JEFF MACOMBER, Warden,<br><br>    Respondent.<br>_____ / | No. C 14-3144 SI (pr)<br><br>**ORDER OF DISMISSAL** |

Keenan Wilkins a/k/a Nerrah Brown, a prisoner at the California State Prison - Sacramento, filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 to challenge his 1999 robbery conviction in Alameda County Superior Court. He has challenged that conviction previously and must obtain the appellate court's permission to challenge it again.

Petitioner's first federal petition for writ of habeas corpus challenging the same conviction, *Wilkins v. Ahern*, No. C 11-5626 SI, was filed on November 21, 2011 and dismissed on January 8, 2012 because it was barred by the rule from *Lackawanna County Dist. Attorney v. Coss*, 532 U.S. 394, 403-04 (2001). This court denied a certificate of appealability and several motions for reconsideration. The United States Court of Appeals for the Ninth Circuit ("Ninth Circuit") also denied a certificate of appealability.

A second or successive petition may not be filed in this court unless the petitioner first obtains from the Ninth Circuit an order permitting this court to consider the petition. 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained the required permission from the Ninth Circuit. This court will not entertain a new petition for writ of habeas corpus from petitioner until he first

1 obtains permission from the Ninth Circuit to file such a petition. This action is DISMISSED
2 without prejudice to petitioner filing a petition for writ of habeas corpus in this court after he
3 obtains the necessary order from the Ninth Circuit.

4     If petitioner wants to attempt to obtain the necessary order from the Ninth Circuit, he
5 should file an "Application For Leave To File Second Or Successive Petition" in the Ninth
6 Circuit (at 95 Seventh Street, San Francisco, CA 94103). A copy of the form application is
7 enclosed with this order for his convenience.

8     Petitioner's request for judicial notice (Docket # 4) is DENIED because the item he wants
9 judicially noticed – a letter from his defense attorney to a probation officer dated May 14, 1999
10 – is not a "fact that is not subject to reasonable dispute." Fed. R. Evid. 201(b).

11     The clerk shall close the file.

12     IT IS SO ORDERED.

13 DATED: September 3, 2014

                                              SUSAN ILLSTON
                                              United States District Judge