UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEENAN WILKINS a/k/a Nerrah Brown (CDCR # AN2387),<br><br>Petitioner,<br><br>v.<br><br>JEFF MACOMBER, Warden,<br><br>Respondent. | No. C 14-3144 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed without prejudice to petitioner filing a petition for writ of habeas corpus in this court after he obtains the necessary order from the Ninth Circuit.

IT IS SO ORDERED AND ADJUDGED.

DATED: September 3, 2014

_____
SUSAN ILLSTON
United States District Judge